UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY TALAMANTE<br><br>　　　　　　　　Plaintiff,<br>　v.<br>CHRIS PIAETE, *et al.*,<br>　　　　　　　　Defendants. | **REASSIGNMENT ORDER**<br><br>Case No. 3:24-CV-00509-ART-CLB |
| JUSTIN JOHNSON<br><br>　　　　　　　　Plaintiff,<br>　v.<br>CHRIS PIAETE, *et al.*,<br>　　　　　　　　Defendants. | Case No. 3:24-cv-00510-ART-CLB |
| ERIC BUHL<br><br>　　　　　　　　Plaintiff,<br>　v.<br>CHRIS PIAETE, *et al.*,<br>　　　　　　　　Defendants. | Case No. 3:24-cv-00580-MMD-CLB |
| JAMES LOWE<br><br>　　　　　　　　Plaintiff,<br>　v.<br>CHRIS PIAETE, *et al.*,<br>　　　　　　　　Defendants. | Case No. 3:25-cv-0130-ART-CLB |
| DENNIS R. GARCIA<br><br>　　　　　　　　Plaintiff,<br>　v.<br>CHRIS PIAETE, et al.,<br>　　　　　　　　Defendants. | Case No. 3:25-cv-00233-MMD-CSD |
| TEHKI S. BILL<br><br>　　　　　　　　Plaintiff,<br>　v.<br>HENLEY, *et al.*,<br>　　　　　　　　Defendants. | Case No. 2:24-cv-02037-CDS-BNW |

The presiding district judges have reviewed the cases named in the caption and determined that they are related. Further, the presiding judges have agreed that there is good cause to reassign them to one district judge under LR 42-1. Reassignment will promote judicial efficiency and not result in prejudice to the parties.

It is therefore ordered that Case Nos. 3:24-cv-00580-MMD-CLB, 3:25-cv-00233-MMD-CSD, and 2:24-cv-02037-CDS-BNW are reassigned to Judge Anne R. Traum. The Clerk of Court is directed to update Case Nos. 3:24-cv-00580-MMD-CLB, 3:25-cv-00233-MMD-CSD, and 2:24-cv-02037-CDS-BNW to appear as Case Nos. 3:24-cv-00580-ART, 3:25-cv-00233-ART, and 2:24-cv-02037-ART.

DATED: July 29, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE